UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

          -against-

BLUE LABEL APPAREL, LLC

                    Defendant.
-----------------------------------------------------------------X

23-cv-1984 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

On April 19, 2023, Plaintiff submitted a letter on behalf of Defendant seeking an extension of time to respond to the complaint. ECF No. 8. On April 20, 2023, the Court granted the request and extended the deadline for Defendant to respond to the complaint to May 22, 2023. ECF No. 9. However, to date, there has been no docket activity since the Court granted the extension—Defendant has not filed an answer, Defendant has not appeared, and Plaintiff has not filed another letter on behalf of Defendant.

The parties are directed to prove an update as to the status of the case by no later than **March 18, 2024.**

      SO ORDERED.

DATED:    New York, New York
              March 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge